United States District Court
District of Delaware

**Pioneer Hi-Bred International, Inc. and E.I. DuPont De Nemours and Company**,

    Plaintiffs,

vs.

**Syngenta Seeds, LLC**

    Defendant.

Case No.: 1:22-cv-01280-RGA

Jury Trial Demanded

## [PROPOSED] ORDER

This ____ day of _____, 2023, it is hereby

ORDERED that Plaintiff, within 30 days of this Order, shall:

(1) comply with the Delaware Default Standard and conduct and produce relevant documents hitting on Syngenta's requested ESI searches.

(2) respond to Syngenta's discovery requests related to its inequitable conduct counterclaims and prior art withheld from the patent office.

(3) produce documents related to these Requests for Production without limiting its production to documents that relate to the "methods claimed in the '846 patent."

(4) produce documents responsive to Syngenta's Request for Production No. 115.

IT IS SO ORDERED.

Dated: _____, 2023

_____
The Honorable Richard G. Andrews
United States District Judge