**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1280-RGA |
| | ) | |
| SYNGENTA SEEDS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES**

WHEREAS, Defendant Syngenta Seeds, LLC requests a two-week extension for its reply expert report, presently due August 7, 2024;

WHEREAS, Defendant likewise requests an extension of the expert discovery cut-off deadline, presently set for August 21, 2024;

WHEREAS counsel for both sides represent that their respective clients have received a copy of this request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines are amended as set forth below:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Reply Expert Reports | August 7, 2024 (D.I 158) | August 21, 2024 |
| Expert Discovery Cut-Off | August 21, 2024 (D.I 143) | September 13, 2024 |
| Case Dispositive Motions (Opening Briefs) | September 18, 2024 (D.I. 143) | October 16, 2024 |
| Answering Case Dispositive Briefs | October 16, 2024 (D.I. 143) | November 22, 2024 |
| Reply Case Dispositive Briefs | November 6, 2024 (D.I. 143) | December 20, 2024 |
| Deadline to File Joint Proposed Final Pretrial Order | 4th business day before the Pretrial Conference (D.I. 143) | NO CHANGE |

| | | |
|---|---|---|
| Deadline to File Proposed Voir Dire, Preliminary Jury Instructions, and Final Jury Instructions | 4th business day before the Pretrial Conference (D.I. 143) | NO CHANGE |
| Pretrial Conference | February 7, 2025, at 9:00 a.m. (D.I. 143) | March 31, 2025, at 9:00 a.m., subject to the Court's availability |
| Trial | February 24, 2025, at 9:30 a.m. (D.I. 143) | April 21, 2025, at 9:30 a.m., subject to the Court's availability |

**Barnes & Thornburg, LLP**

/s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1054
(302) 300-3474
chad.stover@btlaw.com

OF COUNSEL:

Michael J. Flibbert (*pro hac vice*)
Pier D. DeRoo *(pro hac vice)*
Kassandra M. Officer *(pro hac vice)*
Contance P. Lee *(pro hac vice)*
Connor M. McGregor *(pro hac vice)*
Finnegan, Henderson, Farabow,
Garrett &Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

*Attorneys for Plaintiff Pioneer Hi-Bred International, Inc.*

**REED SMITH, LLP**

/s/ Anne M. Steadman
Anne M. Steadman (No. 6221)
1201 N. Market St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7571
asteadman@reedsmith.com

OF COUNSEL:

Robert R. Riddle (*pro hac vice*)
Hallie H. Wimberly (*pro hac vice*)
**REED SMITH LLP**
1221 McKinney Street, Suite 2100
Houston, TX 77010
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
rriddle@reedsmith.com
hwimberly@reedsmith.com

James T. Hultquist (*pro hac vice*)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-6490
Facsimile: (312) 207-6400
Email: jhultquist@reedsmith.com

*Attorneys for Defendant Syngenta Seeds, LLC*

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
The Honorable Richard G. Andrews
United States District Judge

2