# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYNGENTA SEEDS, LLC, ) <br> ) <br> Defendant. ) | C.A. No. 22-1280-RGA |

## STIPULATION AND [PROPOSED] ORDER TO CLOSE CASE

WHEREAS, the Court granted judgment in Syngenta's favor on its declaratory judgment counterclaim of noninfringement and against Pioneer on its infringement claims (D.I. 169), leaving Syngenta's declaratory judgment counterclaim of invalidity as the sole remaining issue in the Litigation,

WHEREAS, the Court asked the parties to jointly submit a proposed order granting judgment of noninfringement (D.I. 169),

WHEREAS, the Plaintiff Pioneer Hi-Bred International, Inc. ("Pioneer") and Defendant Syngenta Seeds, LLC ("Syngenta") have reached a confidential settlement of this action,

IT IS HEREBY STIPULATED AND AGREED by the parties as set forth below:

1. For the reasons set forth in the Memorandum Order (D.I. 169), judgment of noninfringement of claims 1-10 in U.S. Patent No. 8,859,846 is entered in favor of Syngenta and against Pioneer;

2. Pioneer's claim for infringement of U.S. Patent No. 8,859,846 is dismissed with prejudice;

3. Syngenta's counterclaim for declaratory judgment of invalidity of U.S. Patent No. 8,859,846 is dismissed with prejudice;

4. This case should be and is hereby closed; and

5. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| **Barnes & Thornburg, LLP** | **REED SMITH, LLP** |
| /s/ Chad S.C. Stover | /s/ Brian M. Rostocki |
| Chad S.C. Stover (No. 4919) | Brian M. Rostocki (No. 4599) |
| 222 Delaware Avenue, Suite 1200 | 1201 N. Market St., Suite 1500 |
| Wilmington, DE 19801-1054 | Wilmington, DE 19801 |
| (302) 300-3474 | Telephone: (302) 778-7571 |
| chad.stover@btlaw.com | brostocki@reedsmith.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Michael J. Flibbert (*pro hac vice*) | Robert R. Riddle (*pro hac vice*) |
| Pier D. DeRoo *(pro hac vice)* | Hallie H. Wimberly (*pro hac vice*) |
| Kassandra M. Officer *(pro hac vice)* | **REED SMITH LLP** |
| Meredith H. Boerschlein *(pro hac vice)* | 1221 McKinney Street, Suite 2100 |
| Connor M. McGregor *(pro hac vice)* | Houston, TX 77010 |
| Finnegan, Henderson, Farabow, | Telephone: (713) 469-3800 |
| Garrett &Dunner, LLP | Facsimile: (713) 469-3899 |
| 901 New York Avenue, N.W. | rriddle@reedsmith.com |
| Washington, DC 20001 | hwimberly@reedsmith.com |
| (202) 408-4000 | |
| | James T. Hultquist (*pro hac vice*) |
| *Attorneys for Plaintiff Pioneer Hi-Bred International, Inc.* | **REED SMITH LLP** |
| | 10 South Wacker Drive, 40th Floor |
| | Chicago, IL 60606-7507 |
| | Telephone: (312) 207-6490 |
| | Facsimile: (312) 207-6400 |
| | Email: jhultquist@reedsmith.com |
| | |
| | *Attorneys for Defendant Syngenta Seeds, LLC* |

IT IS SO ORDERED, this  10th  day of   Octob  , 2025.

/s/ Richard G. Andrews

The Honorable Richard G. Andrews
United States District Judge

2